**Dismiss and Opinion Filed January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00678-CV

**FRANCES DARTSON, Appellant**
**V.**
**O FORECLOSURE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14230**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Bridges

The clerk's record in this case is overdue. By letter dated July 15, 2013, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal for want of prosecution. To date, appellant has not provided the required documentation or otherwise communicated with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


130678F.P05


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRANCES DARTSON, Appellant

No. 05-13-00678-CV      V.

O FORECLOSURE, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14230.
Opinion delivered by Justice Bridges.
Justices Moseley and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee O FORECLOSURE recover its costs of this appeal from appellant FRANCES DARTSON.

Judgment entered January 22, 2014

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE